UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT GARRETT, AN INDIVIDUAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OSCAR RUNYON, AN INDIVIDUAL; PATRICIA FOLL, AN INDIVIDUAL; AND HEALTH NET, INC., A CALIFORNIA CORPORATION; AND DOES 1-40 INCLUSIVE,<br><br>　　　　Defendants. | Case No. EDCV 14-01909-VAP (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against HEALTH NET, INC. is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:　October 20, 2014

　　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　United States District Judge