JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT GARRETT, AN INDIVIDUAL, | Case No. EDCV 14-01909-VAP (KKx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| OSCAR RUNYON, AN INDIVIDUAL, et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants Oscar Runyon and Patricia Foll is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: June 2, 2015

                                                      VIRGINIA A. PHILLIPS
                                        United States District Judge